**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1297**

———————

JOSEPH DARRIKHUMA,

                              Plaintiff - Appellant,

        versus

THE SOUTHLAND CORPORATION,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-94-2724-AW)

———————

Submitted:  November 6, 1997        Decided:  November 19, 1997

———————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Darrikhuma, Appellant Pro Se.  Michael Frank Marino, Eric
Anthony Welter, REED, SMITH, SHAW & MCCLAY, McLean, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendant in a suit alleging violations of the Fair Labor Standards Act,[1] and racial discrimination and retaliation under Title VII of the Civil Right Act of 1964.[2] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Darrikhuma v. Southland Corp.</u>, No. CA-94-2724-AW (D. Md. Jan. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[1] <u>See</u> 29 U.S.C. § 207(a)(1) (1994).

[2] <u>See</u> 42 U.S.C. § 2000e-5 (1994).